# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-836-CWH |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JIMMY CARTER KIM (ID#) 2621125 |
| vs. | |
| JIMMY CARTER KIM, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JIMMY CARTER KIM** before the United States District Court at Las Vegas, Nevada, on or about 9/28/18, at the hour of 3 a.m./(p.m.) for an initial appearance and arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 27th, 2018

_____
UNITED STATES MAGISTRATE JUDGE