RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jimmy Carter Kim

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIMMY CARTER KIM,<br><br>　　　　　Defendant. | Case No. 2:18-mj-836-DJA<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Jimmy Kim, that the Preliminary Hearing currently scheduled on September 20, 2019 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The parties require additional time to discuss the potential for a Pre-Indictment negotiations.

2. Counsel for the defendant needs additional time to conduct investigation in this for case in order to determine whether there are any issues that must be litigated prior to a preliminary hearing and whether the case will ultimately go to preliminary hearing or will be resolved through negotiations. Specifically, Counsel for the defendant needs additional time for forensic investigation of discovery and to meet with the client to discuss the details prior to proceeding forensic investigation of discovery and meet with the client to discuss the details prior to proceeding.

3. Defendant is incarcerated and does not object to a continuance.

4. Both parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the sixth request for continuance filed herein.

DATED this 19th day of September, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Rebecca Levy*<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JIMMY KIM,

    Defendant.

Case No. 2:18-mj-836-DJA

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on September 20, 2019 at the hour of 4:00 p.m., be vacated and continued to November 15, 2019, at the hour of 4:00 p.m.

DATED this 19th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE