# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-836-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JIMMY KIM, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 17, 2020 at the hour of 4:00 p.m., be vacated and continued to Friday, March 27, 2020 at 4:00 p.m. Given that this is the parties' eighth request for a continuance, no further extensions will be granted absent exceptional circumstances.

Dated: January 16, 2020.

_____

UNITED STATES MAGISTRATE JUDGE